UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:18-CV-109-EBA

PATRICIA LYNN TACKETT, PLAINTIFF,

V. **JUDGMENT**

NANCY A. BERRYHILL, Acting
Commissioner of Social Security Administration, DEFENDANT.

In compliance with Fed.R.Civ.P. 58, and pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED AND ADJUDGED that:

(1) the administrative decision is REVERSED; and

(2) the above-styled action is REMANDED for further proceedings.

Signed August 28, 2019.



Signed By:
Edward B. Atkins   EBA
United States Magistrate Judge